IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

|  |  |  |
|---|---|---|
| JUAN GASPAR ABARCA | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 7:26-cv-096-WLS-CHW |
| WARDEN, Irvin County Detention Center; KRISTEN SULLIVAN, Director/Acting Director, Atlanta Field Office, United States Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of Homeland Security; PAMELA JO BONDI, United States Attorney General, *in their official capacities,* | ) | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| Respondents. | ) | |

## INTRODUCTION

**COMES NOW**, Petitioner, Juan Gaspar Abarca (hereinafter "Petitioner"), through undersigned Counsel, before this Court, and hereby takes a VOLUNTARY DISMISSAL of his action, pursuant to Fed. R. Civ. P. 41(a)(A)(i).

DATED, this 18th day of May, 2026.

/S/ Carnell Johnson
**Johnson & Nicholson, PLLC**
Carnell Johnson
Attorney for Plaintiff
Johnson & Nicholson, PLLC
5806 Monroe Road, Suite #102
Charlotte, North Carolina 28212
Tel: (704) 375-1911
Fax: (704) 375-1919
Email: cj@johnnichlaw.com

SO ORDERED this 19th day
of May, 2026.

W. Louis Sands, Sr. Judge
United States District Court