IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JUAN GASPAR ABARCA,                          *

                Petitioner,      *

v.                                              Case No. 7:26-cv-96 (WLS-CHW)

                                    *

WARDEN, IRWIN COUNTY DETENTION
CENTER, et al.,                              *

               Respondents.    *

_____

## J U D G M E N T

Pursuant to this Court's Order dated May 19, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 20th day of May, 2026.

                             David W. Bunt, Clerk


                             s/ Katie Logsdon, Deputy Clerk